No. 10–6123. RODRIGUEZ *v.* ROBERTS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–6137. IGBINOSUN *v.* NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 10–6155. HENDERSON *v.* JONES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–6169. FERREL *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–6176. GALLOWAY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–6182. CUNNINGHAM *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–6184. DELOGE *v.* WYOMING. Sup. Ct. Wyo. Certiorari denied.

No. 10–6187. MCQUEEN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–6194. VAN BUREN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 10–6198. LEISER *v.* THURMER, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 10–6201. REYES-SILVA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–6202. SURA-VILLALTA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–6203. CUNNINGHAM *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–6204. CASTRO-GAXIOLA *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–6206. YOUNG *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 10–6210. MAHDI *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.